UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| VERIFY SMART CORP.,<br><br>        Plaintiff,<br> v.<br><br>VALLEY NATIONAL BANCORP,<br><br>        Defendant. | C.A. No. 16-cv-06065-MCA-LDW |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Verify Smart Corp. and Defendant Valley National Bancorp pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, that all of Plaintiff Verify Smart Corp.'s claims and Defendant Valley National Bancorp's counterclaims, respectively, be dismissed WITH PREJUDICE.  Each party shall bear its own costs, expenses, and attorneys' fees.

April 18, 2017        Respectfully submitted,

               VERIFY SMART CORP.

               By:/s/Jean-Marc Zimmerman
               Jean-Marc Zimmerman
               Zimmerman Law Group
               233 Watchung Fork
               Westfield, New Jersey 07090
               Tel: (908) 768-6408
               jmz@zimllp.com
               Attorney for Plaintiff Verify Smart Corp.


               VALLEY NATIONAL BANCORP

               By:/s/Brian W. Nolan
               Brian W. Nolan
               MAYER BROWN LLP
               1221 Avenue of the Americas
               New York, NY 10020-1001
               Tel: (212) 506-2500
               bnolan@mayerbrown.com
               Attorney for Defendant Valley National Bancorp

**CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

April 18, 2017                                               /s/Jean-Marc Zimmerman
                                                              Jean-Marc Zimmerman